*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HOMEBANK OF ARKANSAS, ET AL

vs.                                                NO. 4:06CV01670 SWW

KANSAS BANKERS SURETY COMPANY, ET AL

### ORDER OF DISMISSAL

The Court having been advised that the parties in the above-styled case have reached a full and complete settlement before U. S. Magistrate J. Thomas Ray,

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 3rd day of June 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE